IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
98 FEB -5 PH 3:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| RONALD DARDEN, Sr., | ) | |
| Petitioner, | ) | |
| vs. | ) | CV 97-C-2769-S |
| JUDGE ALFRED BAHAKEL, | ) | |
| Respondent. | ) | |

ENTERED  sub
FEB 0 6 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 31, 1997, recommending that the petition for writ of mandamus be denied. The plaintiff filed objections to the report and recommendation on January 9, 1998.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the petition for writ of mandamus is due to be denied. A Final Judgment will be entered.

DATED this 5th day of February, 1998.

U. W. CLEMON
UNITED STATES DISTRICT JUDGE